# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLARIBEL VALENTIN and EMILIO MATOS, | ) ) ) C.A. No. 1:21-cv-00399-SB |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PATRICIA WYSOCK, | ) ) ) |
| Defendant. | ) |

## ORDER DISMISSING ACTION UNDER RULE 12(b)(1)

Upon the Motion of Defendant Patricia Wysock to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(1) filed by Defendant Patricia Wysock [D.I. 117], the Proposed Order [D.I. 117-1] attached thereto, and the Court, having considered the Motion, the Plaintiffs' response thereto, and the Court, having determined that good cause exists to grant the Motion without prejudice;

**IT IS HEREBY ORDERED**, that Plaintiffs' claims in her Second Amended Complaint against Defendant Patricia Wysock be dismissed without prejudice.

_____
The Honorable Stephanos Bibas

Dated: __May 18_____, 2023.